**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that General Order 23-0010 was entered on February 27, 2023, identifying cases to form the initial calendar of the Hon. Lindsay C. Jenkins; and

It further appearing that the cases listed below were previously pending before the Hon. Nancy L. Maldonado and were included in error to be reassigned to the Hon. Lindsay C. Jenkins; therefore

It is hereby ordered that the Clerk of Court shall reassign the list of cases that were reassigned in error from Judge Jenkins to Judge Maldonado; and

It is further ordered that the Clerk of Court shall reassign the following list of replacement cases from Judge Maldonado to Judge Jenkins.

**Cases Reassigned in Error:**

| | |
|---|---|
| 1:17-cv-07991 | Doe v. Board of Trustees of Northern Illinois University |
| 1:19-cv-08437 | Gomez v. Rihani et al |
| 1:21-cv-00085 | State of Illinois Ex. Rel Ken Elder v. JPMorgan Chase N.A. |
| 1:21-cv-01534 | Quality Custom Distribution v. International Brotherhood of Teamsters, Local 710 |
| 1:21-cv-03940 | Villalpando v. A-1 Outdoor Maintenance, Inc., et al |
| 1:21-cv-06239 | Collier v. Illinois Department of Human Services |
| 1:21-cv-06855 | Wilim v. Mondelez Global LLC |
| 1:22-cv-00226 | Direct Steel, LLC v. American Buildings Company |
| 1:22-cv-03860 | United States of America, ex rel. Direct Steel LLC, d/b/a Direct Steel and Construction v. American Buildings Company |
| 1:22-cv-02975 | Shanmugavelandy v. AbbVie, Inc |

**Replacement Cases:**

| | |
|---|---|
| 1:22-cv-06541 | Robinson et al v. Lake Ventures LLC dba Fresh Thyme Market |
| 1:22-cv-06555 | Fiallo v. Church Hill Classics, Ltd. |
| 1:22-cv-06879 | Young Innovations, Inc. v. US Dental, Inc. et al |
| 1:22-cv-07195 | Edelman v. Bank of America, National Association |
| 1:22-cv-07199 | Johnson v. P.F.A. Systems, Inc. |
| 1:23-cv-00094 | Halim v. Charlotte Tilbury Beauty Inc. et al |
| 1:23-cv-00250 | Jeff Bartels v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-00274 | Moses v. Ralphs Grocery Company d/b/a Food4Less |
| 1:23-cv-00571 | HUGHES v. The City of Markham et al |

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 13th day of March, 2023